■ MARY JOY, Individually and as Administratrix of the Estate of HARRY JOY, Deceased, Respondent, v. CITY OF JAMESTOWN et al., Defendants, and JAMESTOWN MOTOR BUS TRANSPORTATION COMPANY, Appellant.— Order unanimously affirmed, with $10 costs and disbursements. (Appeal from an order of

Chautauqua Special Term granting plaintiff's motion to change the place of trial from Chautauqua County to Erie County.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.